UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOUISE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 2:24-CV-03105-CSK<br><br>ORDER<br><br>(ECF Nos. 2, 4) |

　　　　Plaintiff Mary Louise Williams requests leave to proceed in forma pauperis ("IFP") without prepayment of the filing fee under 28 U.S.C. § 1915.[1] (ECF Nos. 2, 4.) On November 8, 2024, Plaintiff filed her first motion to proceed IFP. (ECF No. 2). However, Plaintiff's affidavit was incomplete and did not contain all the information needed for the Court to determine whether the motion should be granted. The Court ordered Plaintiff to file a complete affidavit responding to all questions. (ECF No. 3.) Plaintiff filed a second motion to proceed IFP on December 2, 2024. (ECF No. 4.)

　　　　Plaintiff's affidavits demonstrate an inability to prepay fees and costs or give security for them, and so the request is GRANTED. The Clerk of Court is directed to

---

[1] This case was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and E.D. Cal. L.R. 302(c)(15) and Appx. A subsection (j).

1

issue: (i) a summons for this case pursuant to Rule 3 of the Supplemental Rules for Social Security actions; (ii) the undersigned's scheduling order for Social Security cases; and (iii) the court's order regarding consent to the jurisdiction of a magistrate judge.

Dated: December 26, 2024

                                            CHI SOO KIM
                                            UNITED STATES MAGISTRATE JUDGE

5, will.3105.24